IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAMIEN MYRICK,

    Plaintiff,

v.                                                                                   Civil Action No. **3:16CV39**

SGT. S. MASON, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 28, 2016, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On September 22, 2016, the United States Postal Service returned a September 15, 2016 Memorandum Order to the Court because Plaintiff apparently moved and failed to provide a new address. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/               
John A. Gibney, Jr.
United States District Judge

Date: 10/20/16
Richmond, Virginia